**EXHIBIT D**

# Knobbe Martens

KNOBBE, MARTENS, OLSON & BEAR, LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Ali S. Razai
Ali.Razai@knobbe.com

July 31, 2017
**VIA FEDERAL EXPRESS**

Adam Strum
Chief Executive Officer
The Wine Enthusiast, Inc.
200 Summit Lake Road
Valhalla, New York 10595

Re:   Vinotemp's Intellectual Property
      VINO.0341S

Dear Mr. Strum:

We represent Vinotemp International Corp. ("Vinotemp") in connection with certain intellectual property matters. As you know, Vinotemp is a leader in the wine storage industry and a pioneer in the design of wine cabinets, racking, and cooling systems. Vinotemp has invested considerable resources into the development of its proprietary designs. In order to protect this investment, Vinotemp has obtained numerous patents, including U.S. Design Patent No. D711,936 (the "D936 Patent").

In addition, Vinotemp protects its distinctive trade dress in its popular designs, including the distinctive design of its wine refrigerators that include wine racks having black lips that can be seen through a glass door ("Vinotemp Trade Dress). An example of the Vinotemp Trade Dress is shown below.



*Vinotemp Trade Dress*

# Knobbe Martens

As a result of Vinotemp's extensive efforts to market, advertise, and sell products bearing the Vinotemp Trade Dress, the Vinotemp Trade Dress has become extremely valuable to Vinotemp as an identifier of the company, its products, and the substantial goodwill Vinotemp has earned in the market. The Vinotemp Trade Dress has become synonymous in the consumer's mind with Vinotemp.

It has come to our attention that Wine Enthusiast is selling wine refrigerators that infringe not only the D936 Patent, but also the Vinotemp Trade Dress.

Under 35 U.S.C. § 271, any entity that, without permission, makes, uses, sells, offers to sell, or imports a product covered by any claim of a Vinotemp patent infringes on Vinotemp's patent rights. Vinotemp takes infringement of its patent rights very seriously.  We have determined that the design of Wine Enthusiast's Evolution Series Wine Refrigerators, an example of which is shown below, infringes the D936 Patent.



*Wine Enthusiasts' Evolution Series Wine Refrigerator*

Wine Enthusiast's advertising, promotion, sale, and/or offer for sale of the Evolution Series Wine Refrigerators are confusingly similar to the Vinotemp Trade Dress and, thus, also infringe Vinotemp's trade dress rights.  Wine Enthusiast's use of Vinotemp's distinctive trade dress without Vinotemp's authorization is likely to confuse consumers to mistakenly believe there is an affiliation between Vinotemp and Wine Enthusiast, or that Vinotemp sponsors, endorses, or approves of Wine Enthusiast's products, when it does not.

We demand that you immediately cease any further infringement of Vinotemp's intellectual property rights and pay to Vinotemp any and all damages in accordance with 35 U.S.C. §§ 284 and 289 and 15 U.S.C. § 1117 that are sufficient to compensate Vinotemp for its losses. In order to determine the

# Knobbe Martens

amount of these damages, we further demand that you account to us for all sales of the infringing products.

We request that you provide this information and confirm by **August 11, 2017**, that you will fully comply with Vinotemp's demand to cease infringing. Otherwise, we will have no choice but to file a lawsuit in federal court. Any further sales of the infringing products will constitute additional evidence of willful infringement, which may entitle Vinotemp to recover enhanced monetary damages, including treble damages and attorneys' fees.

This letter is provided to you without waiver of any of Vinotemp's rights or remedies, all of which are expressly reserved.

Very truly yours,

Ali S. Razai

Enclosure:
U.S. Design Patent No. D711,936

26412735

**knobbe.com**



US00D711936S

(12) **United States Design Patent**　　(10) Patent No.: **US D711,936 S**

Hynes　　(45) Date of Patent: ** **Aug. 26, 2014**

(54) **BLACK WINE RACK FACE**

(71) Applicant: **Vinotemp International Corporation**, Rancho Dominguez, CA (US)

(72) Inventor: **India Hynes**, Newport Beach, CA (US)

(73) Assignee: **Vinotemp International Corporation**, Rancho Dominguez, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/445,271**

(22) Filed: **Feb. 8, 2013**

(51) LOC (10) Cl. .......................................... **15-07**

(52) U.S. Cl.
USPC .......................................................... **D15/89**

(58) Field of Classification Search
USPC ......... D15/79–89, D25/119; 52/716.1, 716.5, 52/716.8, 717.01; D3/304, 313, 315; D7/550.1, 552.1, 553.1, 553.4, 555, D7/549, 701–708, 600.1–600.4, 510, 511, D6/406.1, 406.3, 336, 510; D19/77–92, 99, 100; 296/37.1; 220/23.83, 500, 507, 528–529, 592.01, 220/592.02; 211/126.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D238,536 | S | 1 1976 | Scherzer | |
| D284,630 | S * | 7 1986 | Ferdinand | D6 511 |
| D382,735 | S * | 8 1997 | Zapf | D6 492 |
| D415,482 | S * | 10 1999 | Jolson | D14 447 |
| D475,374 | S * | 6 2003 | Segers | D15 89 |
| D478,601 | S * | 8 2003 | Becke | D15 81 |
| D511,013 | S * | 10 2005 | Bullock, Jr. | D25 119 |
| D512,081 | S * | 11 2005 | Chang | D15 81 |
| D519,133 | S * | 4 2006 | Chang | D15 81 |
| D524,830 | S * | 7 2006 | Ler et al | D15 81 |
| D529,630 | S * | 10 2006 | Zarb | D25 119 |
| 7,165,371 | B2 * | 1 2007 | Voyasu | 52 716 5 |
| D550,256 | S * | 9 2007 | Lei et al | D15 81 |
| D551,262 | S * | 9 2007 | Becke | D15 89 |
| D566,490 | S | 4 2008 | Frentzel | |
| D625,941 | S * | 10 2010 | Holzer | D6 510 |
| D627,374 | S * | 11 2010 | Yang | D15 81 |
| D630,230 | S * | 1 2011 | Yang | D15 81 |
| D630,231 | S * | 1 2011 | Yang et al | D15 81 |
| D638,237 | S * | 5 2011 | Holzer | D6 510 |
| D660,327 | S * | 5 2012 | Doberstein et al | D15 89 |
| D660,461 | S * | 5 2012 | Kotin et al | D25 119 |
| D660,984 | S * | 5 2012 | Kotin et al | D25 119 |
| D694,290 | S | 11 2013 | Hottmann et al | |
| D700,221 | S * | 2 2014 | Ringemann et al | D15 89 |
| 2005 0258118 | A1 * | 11 2005 | Lee et al | 211 134 |
| 2007 0228909 | A1 * | 10 2007 | Hwang et al | 312 408 |

* cited by examiner

*Primary Examiner* — Mitchell Siegel

(74) *Attorney, Agent, or Firm* — Kleinberg & Lerner, LLP; Marvin H. Kleinberg; Marshall A. Lerner

(57) **CLAIM**
The ornamental design for a black wine rack face, as shown and described.

**DESCRIPTION**

FIG. 1 is a top perspective view of a black wine rack face within a wine cabinet showing my new design.
FIG. 2 is is a top perspective view of a black wine rack face standing alone showing my new design.
FIG. 3 is a front view thereof; FIG. 3 is a top view of the black wine rack face of FIG. 1;
FIG. 4 is a rear view of the black wine rack face of FIG. 1;
FIG. 5 is left side view thereof, the right side being a mirror image thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.
Elements shown in dashed, dotted or broken lines form no part of the design.

**1 Claim, 3 Drawing Sheets**





*FIG. 1*



FIG. 2



FIG. 3



FIG. 4

FIG. 5



*FIG. 6*



*FIG. 7*