USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-21-17

Wine Enthusiast, Inc. v. Vinotemp International Corporation

Case 1:17-cv-06782-DLC

Plaintiff's Proposed Case Management Schedule

| Phase | Event | Date |
|---|---|---|
| Mediation | Period to conduct mediation | February 19, 2018 – March 9, 2018 |
| Pleadings | Deadline to answer or otherwise move with respect to the counterclaims | March 30, 2018 |
|  | Deadline to join parties | March 30, 2018 |
| Initial Disclosures | Deadline to serve initial disclosures | March 30, 2018 |
| Infringement Contentions (Local Patent Rule 6) | Deadline to serve Infringement Contentions, Claim Chart(s), and produce accompanying documents | April 13, 2018 |
|  | Deadline to serve Response to Infringement Contentions and produce accompanying documents | May 11, 2018 |
| Invalidity Contentions (Local Patent Rule 7) | Deadline to serve Invalidity Contentions and Claim Chart(s) and produce accompanying items of prior art | May 11, 2018 |
|  | Deadline to serve Response to Invalidity Contentions and Claim Chart(s) and produce accompanying documents | June 8, 2018 |
| Opinion of Counsel (Local Patent Rule 10) | Deadline to make opinion(s) of counsel available for inspection and copying (if applicable) | June 15, 2018 |

27722/004/2370968

| Claim Construction (Local Patent Rule 11) | Deadline for parties to exchange list of claim terms to be construed | June 22, 2018 |
|---|---|---|
| | Deadline for parties to exchange proposed construction | July 27, 2018 |
| | Deadline to file Joint Disputed Claim Terms Chart | August 24, 2018 |
| | Claim Construction Discovery Deadline | September 21, 2018 |
| | Deadline for each party to file opening Claim Construction brief and all supporting evidence | October 19, 2018 |
| | Deadline for each party to file Response to opening Claim Construction brief and all supporting evidence | November 16, 2018 |
| | Deadline to for each party file reply brief in support of opening Claim Construction brief | November 30, 2018 |
| Fact Discovery | Fact discovery deadline | 56 days after Court's Claim Construction Order |
| Expert Disclosures | Deadline for initial expert disclosure | 28 days after Fact Discovery Deadline |
| | Deadline for rebuttal expert disclosures | 28 days after Initial expert disclosures |
| | Expert discovery deadline | 28 days after Rebuttal expert disclosures |
| Dispositive Motions | Dispositive motion deadline | 28 days after Expert discovery deadline |

So ordered.

/s/ [signature]
10/21/17

27722/004/2370968