

**Michael Hurey**
1875 Century Park East, Suite 1150
Los Angeles, CA 90067
T: (310) 557-1511 x 3018
F: (310) 557-1540
mhurey@kleinberglerner.com

**VIA ECF** 

January 26, 2018

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/18
```

Re: *Wine Enthusiast, Inc. v. Vinotemp International Corporation*
Case No. 1:17-cv-06782-DLC

Dear Judge Cote:

    Defendant Vinotemp International Corporation ("Vinotemp") respectfully requests the Court extend the date for completion of mediation in the above-referenced case. Mediation is presently due to be completed on March 9, 2018. Vinotemp requests a short continuation until March 12, 2018.

    Vinotemp is presently gathering evidence which will likely be useful in the mediation. Vinotemp expects those efforts will be completed around the first of March. Vinotemp's president, Ms. India Hynes, will be attending the mediation. She has prior travel commitments between March 5 and 9, 2018.

    The designated mediator, Gerald Sobel, has indicated that he is available on March 12, 2018. Counsel for plaintiff Wine Enthusiast, Inc. has also indicated that they are agreeable to holding the mediation on March 12, 2018.

    We thank you for your consideration of this request.

Respectfully,

    S/Michael Hurey
    Michael Hurey, Esq.

Granted.
/s/ Denise Cote
1/29/18

Cc: All counsel of record via ECF.