AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| WINE ENTHUSIAST, INC. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   7:17-cv-06782 |
| VINOTEMP INTERNATIONAL CORPORATION ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Wine Enthusiast, Inc.

Date:   03/12/2018

*Attorney's signature*

Joelle A. Milov (JM0507)
*Printed name and bar number*

Cowan, Liebowitz & Latman, P.C.
114 West 47th Street
New York, NY 10036

*Address*

jam@cll.com
*E-mail address*

(212) 790-9200
*Telephone number*

(212) 575-0671
*FAX number*