```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
WINE ENTHUSIAST, INC.,                     :
                                           :
                        Plaintiff,         :    17cv6782(DLC)
                                           :
               -v-                         :        ORDER
                                           :
VINOTEMP INTERNATIONAL CORPORATION,        :
                                           :
                        Defendant.         :
                                           :
-------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-12-2018

DENISE COTE, District Judge:

On November 3, 2017, defendant filed an answer to plaintiff's complaint and asserted several counterclaims against plaintiff.  On December 13, defendant filed an amended answer again asserting several counterclaims against plaintiff.  On March 12, 2018 plaintiff filed a motion to dismiss two of the counterclaims asserted in the amended answer, pursuant to Rule 12(b)(6), Fed. R. Civ. P.  Accordingly, it is hereby

ORDERED that defendant shall serve any opposition to the motion to dismiss by **March 23, 2018**.  Defendants' reply, if any, shall be served by **April 6, 2018**.  At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:    New York, New York
           March 12, 2018

                                          DENISE COTE
                              United States District Judge