UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
WINE ENTHUSIAST, INC.,

                Case No.: 17-cv-06782 (DLC)

        Plaintiff,

  -against-

VINOTEMP INTERNATIONAL CORPORATION,

        Defendant.

-------------------------------------------------------------------x

## NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL OF RECORD

      PLEASE TAKE NOTICE that pursuant to Rule 1.4 of the Local Rules for the United States District Courts for the Southern and Eastern District of New York, I, Michael W. Carwin, an associate with the law firm of Kleinberg & Lerner, LLP, attorneys for Vinotemp International Corporation ("Vinotemp") in the above-captioned action, hereby withdraw as an attorney of record, as I am leaving Kleinberg & Lerner, LLP. Michael Hurey and Eman Al-Hassan of Kleinberg & Lerner, LLP will continue to serve as counsel of record to Vinotemp in the above-captioned matter and thus Vinotemp will not be prejudiced or harmed by the withdrawal. I hereby request that my name and email address be removed from the case's official docket.

Dated:  July 31, 2018                       Respectfully submitted,

                                           By: */s/ Michael W. Carwin*
                                                 Michael W. Carwin

**IT IS SO ORDERED.**

Dated: August __, 2018                 _____
                                         Judge Denise L. Cote
                                         United States District Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2018, the above was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record in this action.

*/s/ Michael W. Carwin*