Eric J. Shimanoff (ejs@cll.com)
Mark Montague (mxm@cll.com)
Joelle A. Milov (jam@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY  10036
(212) 790-9200
*Attorneys for Plaintiff and Counterclaim Defendant*
*Wine Enthusiast, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

WINE ENTHUSIAST, INC.,

                Plaintiff and Counterclaim Defendant,

    against

VINOTEMP INTERNATIONAL CORPORATION,

                Defendant and Counterclaim Plaintiff.
----------------------------------------------------------------- x

**ORAL ARGUMENT
REQUESTED**

No. 17 Civ. 6782 (DLC) (HP)

## <u>NOTICE OF MOTION TO BIFURCATE</u>

PLEASE TAKE NOTICE that, upon the accompanying Declarations of Joelle A. Milov,

Richard L. Claverie and Stuart Diamond, with exhibits, and Memorandum of Law, and all of the

prior pleadings and proceedings in this action, Plaintiff and Counterclaim Defendant Wine

Enthusiast, Inc. ("Wine Enthusiast"), by and through its undersigned counsel, hereby moves this

Court, before the Hon. Denise L. Cote, United States District Judge, Southern District of New

York, at the U.S. Courthouse, 500 Pearl Street, New York, NY 10007, for an Order, pursuant to

Rules 26 and 42(b) of the Federal Rules of Civil Procedure, bifurcating for purposes of discovery

and trial the issue of Defendant and Counterclaim Plaintiff Vinotemp International Corporation's

("Vinotemp") trade dress validity, on the one hand, and the issues of trade dress infringement

and damages, on the other hand, such that discovery and trial on the issue of trade dress validity

is conducted before discovery and trial on the issues of trade dress infringement and damages.  In

the alternative, Wine Enthusiast requests that the Court limit discovery on the trade dress claim

at this time to the issue of trade dress validity and provide an early deadline for summary

judgment on the issue.  Wine Enthusiast does not request modification to the Court's initial case

management order as the schedule therein relates to Vinotemp's unrelated patent infringement

claim based on U.S. Patent No. 7,882,967.


Dated: New York, New York                COWAN, LIEBOWITZ & LATMAN, P.C.
      October 4, 2018

                                                      By:    s/ Eric J. Shimanoff
                                                            Eric J. Shimanoff (ejs@cll.com)
                                                            Mark Montague (mxm@cll.com)
                                                            Joelle A. Milov (jam@cll.com)
                                            114 West 47th Street
                                            New York, NY 10036
                                            (212) 790-9200
                                            *Attorneys for Plaintiff and Counterclaim Defendant Wine Enthusiast, Inc.*


To:     All Counsel of Record

-2-

27722/004/2511905