```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-7-2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
WINE ENTHUSIAST, INC.,              :
                                    :
                        Plaintiff,  :
                                    :     17cv6782(DLC)
            -v-                     :
                                    :     ORDER
VINOTEMP INTERNATIONAL CORPORATION, :
                                    :
                        Defendant.  :
-------------------------------------X

DENISE COTE, District Judge:

An Opinion and Order of January 7, 2019 set forth the Court's construction of disputed terms. Accordingly, as set forth in the Case Management Schedule so ordered by the Court on December 21, 2017, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. All fact discovery must be completed by **March 8, 2019.**

2. Expert reports and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., by the party bearing the burden on an issue must be served by **April 5, 2019.** Identification of rebuttal experts and disclosure of their expert testimony must occur by **May 3, 2019.**

3. All expert discovery must be completed by **May 31, 2019.**

4. The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    - Motion served by **June 28, 2019**
    - Opposition served by **July 19**
    - Reply served by **August 2**

    At the time any Reply is served the moving party shall

supply two courtesy copies of all motion papers to Chambers by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          January 7, 2019

                                    _____
                                           DENISE COTE
                                    United States District Judge

2